**Order entered April 23, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01455-CV

**VENATOR MATERIALS PLC, SIMON TURNER, KURT D. OGDEN, STEPHEN IBBOTSON, RUSS R. STOLLE, HUNTSMAN CORPORATION, HUNTSMAN INTERNATIONAL LLC, HUNTSMAN (HOLDINGS) NETHERLANDS B.V., Appellants**

**V.**

**MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM AND FIREMEN'S RETIREMENT SYSTEM OF ST. LOUIS, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02030**

### ORDER

At appellants' request, we abated this appeal pending the issuance of the mandate in a related appeal. Because the mandate in that appeal has issued, we **REINSTATE** this appeal.

Before the Court are (1) appellants Venator Materials PLC, Simon Turner, Kurt D. Ogden, Stephen Ibbotson, and Russ R. Stolle's (collectively, Venator

appellants) April 14, 2020 unopposed motion to dismiss their appeal, (2) appellants Huntsman Corporation, Huntsman International LLC, and Huntsman (Holdings) Netherlands B.V.'s (collectively, Huntsman appellants) April 14, 2020 opposed motion to transfer their appeal, and (3) appellees' April 22, 2020 response to the Huntsman appellants' motion. Pursuant to Texas Rule of Appellate Procedure 42.1, we **GRANT** the dismissal motion and dismiss the Venator appellants' appeal. *See* TEX. R. APP. P. 42.1.

Pursuant to the procedure set forth in *Miles v. Ford Motor Co.*, 914 S.W.2d 135, 137 n.2 (Tex. 1995) (per curiam), the Court is referring the Huntsman appellants' motion and appellees' response to the Texas Supreme Court. The Court does not object to the transfer.

We **ABATE** the appeal pending disposition of the motion to transfer.


/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE